[No. 17243-7-II.    Division Two.    October 24, 1995.]

KATHLEEN A. SAMUELS, *Respondent*, v. JAMES A. SAMUELS, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 92-3-00054-4, Peter Jarvis, J., entered May 28, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17138-4-II.    Division Two.    December 19, 1995.]

*In the Matter of the Marriage of* ROY WARREN ROSE, *Respondent, and* VERONIKA ROSE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-3-00882-9, William J. Kamps, J., entered March 1, 1993. *Reversed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17216-0-II.    Division Two.    December 22, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. HARMON CARO TIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-00422-4, Frederick W. Fleming, J., entered June 1, 1993. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Bridgewater, J., Morgan, J. concurring in part and dissenting in part.

[No. 33650-9-I.    Division One.    December 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY THOMAS FOXX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08135-7, LeRoy McCullough, J., entered October 29, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.